### 2447.   DODD *v.* THE STATE.

RUSSELL, J. The discretion of the trial judge, in dismissing the motion for a new trial for failure to file the brief of the evidence within the time provided by his order, was not abused. The decision is controlled by the ruling of this court in *Guthrie* v. *Hendley*, ante, 101 (68 S. E. 654).

*Judgment affirmed.*

DECIDED JULY 25, 1910.

Motion for new trial; from Cobb superior court—Judge Morris. January 10, 1910.

*Clay & Morris*, for plaintiff in error.

*J. P. Brooke, solicitor-general*, contra.